# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SERENITY WELLNESS CENTER, LLC, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> CITY OF LAS VEGAS, NEVADA, <br><br> Defendant(s). | Case No.: 2:19-cv-00818-GMN-NJK <br><br> **Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than July 25, 2019, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: July 19, 2019

Nancy J. Koppe
United States Magistrate Judge