CLARK HILL PLLC
DOMINIC P. GENTILE
Nevada Bar No. 1923
Email: dgentile@clarkhill.com
ROSS MILLER
Nevada Bar No. 8190
Email: rmiller@clarkhill.com
JOHN A. HUNT
Nevada Bar No. 1888
Email: jhunt@clarkhill.com
MARK DZARNOSKI,
Nevada Bar No. 3398
Email: mdzarnoski@clarkhill.com
3800 Howard Hughes Pkwy., #500
Las Vegas, Nevada 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
*Attorneys for Plaintiffs in A-786962*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SERENITY WELLNESS CENTER, LLC, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF LAS VEGAS, NEVADA, a Nevada municipality; DOE DEFENDANTS I through X; and ROE ENTITY DEFENDANTS I through X, in their official and personal capacities,<br><br>Defendants. | CASE NO. 2:19-cv-0818-GMN-NJK<br><br>**STIPULATION AND ORDER FOR STAY OF PROCEEDINGS** |

Plaintiffs, by and through its counsel, Dominic P. Gentile, Esq. of the law firm of Clark Hill, PLLC, and Defendants, The City of Las Vegas, Nevada, by and through its counsel, Phillip

. . .

. . .

R. Byrnes, Esq. of the City Attorney's Office, hereby stipulate and agree that this matter should be stayed pending the outcome of substantially related litigation pending in the Eighth Judicial District Court, Clark County, Nevada styled In Re: D.O.T. Litigation, Case Number A-19-787004-B consolidated with A-785818, A-786357, A-786962, A-787035, A-787540, A-787726, and A-801416.  The case A-786962 is referred to hereinafter as the "Plaintiffs' State Case" and the consolidated action is referred to hereinafter as the "State Consolidated Action."

In support of the Stipulation and [Proposed] Order, undersigned counsel set forth the following:

1. The Plaintiffs' State Case was filed by the Plaintiffs herein on or about March 18, 2019.
2. In summary, the Plaintiffs' State Case challenged the actions of the Nevada Department of Taxation ("DOT") in granting cannabis retail dispensary licenses for the September 7, 2018 Application Period.  Plaintiffs therein were applicants for said licenses whose applications were denied and who sought to overturn license grants made by the DOT because of alleged defects in the process utilized by the DOT in awarding conditional licenses.  Numerous applicants for said licenses who were awarded licenses for the September 7, 2018 Application Period intervened as defendants in the Plaintiffs' State Case.
3. Based upon information that the Defendant herein planned to take action upon business license applications submitted to the City of Las Vegas by successful applicants prior to Plaintiffs being able to obtain relief in the Plaintiffs' State Case, Plaintiffs filed the instant action on or about May 8, 2019 initially in the Eighth Judicial District Court, Case Number as Case Number A-19-794473-C.
4. Defendant herein filed a Notice of Removal to this Court on or about May 13, 2019.
5. In this action, Plaintiffs seek to prevent the Defendant City of Las Vegas from issuing business licenses to successful applicants in the September 7, 2018 Application Period. The alleged legal deficiencies which Plaintiffs claim entitle them to relief against the City of Las Vegas are the same legal deficiencies set forth in the Plaintiffs' State Case: i.e. the

actions and/or inactions of the DOT in awarding the licenses following the close of the Application Period.

6. At least seven additional cases have been filed in the Eighth Judicial District Court by denied applicants challenging the award of licenses by the DOT because of deficiencies in the application/review process and have all been consolidated in the State Consolidated Action.

7. Discovery and proceedings are ongoing in the State Consolidated Action and trial is currently scheduled for on or about April 20, 2020.

8. The parties hereto respectfully suggest that the outcome of the State Consolidated Action on the merits could substantially impact the outcome of this litigation if not the need for any further proceedings at all.

9. Judicial economy is best served by allowing discovery to continue in the State Consolidated Action and for the Eighth Judicial District Court to determine the propriety of actions by the DOT at trial.

10. Further, trying identical factual and legal matters in both the State Consolidated Action and in this action risks inconsistent judicial determinations on an issue of substantial importance to the State of Nevada and on its regulatory structure governing the cultivation, processing and sale of marijuana products which is unlawful under federal law.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

11. Undersigned counsel certify that this Stipulation and [Proposed] Order for Stay of proceedings pending the outcome of the State Consolidated Action is made in good faith and not for purposes of delay.

Dated this 8th day of January, 2020.                    Dated this 8th day of January, 2020.

CLARK HILL, PLLC                                                  BRAD R. JERBIC, City Attorney

/s/ Mark Dzarnoski, Esq.                                            /s/ Philip R. Byrnes, Esq.
DOMINIC P. GENTILE                                            PHILIP R. BYRNES
Nevada Bar No. 1923                                              Senior Litigation Counsel
ROSS MILLER                                                         Nevada Bar No. 166
Nevada Bar No. 8190                                              495 South Main Street, Sixth Floor
JOHN A. HUNT                                                       Las Vegs, Nevada 89101
Nevada Bar No. 1888
MARK DZARNOSKI
Nevada Bar No. 3398
3800 Howard Hughes Pkwy., #500
Las Vegas, Nevada 89169

## ORDER

Based upon the Stipulation of the parties and good cause appearing:

IT IS HEREBY ORDERED that this matter is STAYED pending the completion of trial or settlement of the consolidated proceedings in In Re: D.O.T. Litigation, Case Number A-19-787004-B pending in Eighth Judicial District Court, Clark County, Nevada (Case Number A-19-787004-B consolidated with A-785818, A-786357, A-786962, A-787035, A-787540, A-787726, and A-801416.)

IT IS FURTHER ORDERED that the parties shall file a Joint Status Report by, on, or before May 15, 2020 to advise the Court of the status of proceedings in In Re: D.O.T. Litigation.

DATED this 14 day of February, 2020.

_____
Gloria M. Navarro, District Court
United States District Court