# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SERENITY WELLNESS CENTER, LLC, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> CITY OF LAS VEGAS, NEVADA, <br><br> Defendant(s). | Case No. 2:19-cv-00818-GMN-NJK <br><br> **Order** |

On February 14, 2020, this case was stayed pending proceedings in *In re: D.O.T. Litigation*. Docket No. 16. On May 15, 2020, the parties filed a joint status report that the *D.O.T.* proceedings were continuing. Docket No. 18. No further status reports have been filed.

The parties are hereby ORDERED to file a joint status report by August 31, 2021, and every 90 days thereafter until the stay in this case is lifted.

IT IS SO ORDERED.

Dated: August 17, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1