CLARK HILL PLLC
DOMINIC P. GENTILE
Nevada Bar No. 1923
Email: dgentile@clarkhill.com
ROSS MILLER
Nevada Bar No. 8190
Email: rmiller@clarkhill.com
JOHN A. HUNT
Nevada Bar No. 1888
Email: jhunt@clarkhill.com
MARK S. DZARNOSKI,
Nevada Bar No. 3398
Email: mdzarnoski@clarkhill.com
3800 Howard Hughes Pkwy., #500
Las Vegas, Nevada 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SERENITY WELLNESS CENTER, LLC, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF LAS VEGAS, NEVADA, a Nevada municipality; DOE DEFENDANTS I through X; and ROE ENTITY DEFENDANTS I through X, in their official and personal capacities,<br><br>Defendants. | CASE NO. 2:19-cv-0818-GMN-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED, by and between the parties, by and through their

respective counsel of record, that the above-referenced matter be dismissed, without prejudice,

//

//

with each party to bear their respective costs and attorney's fees.

| | |
|---|---|
| Dated this 31st day of August, 2020. | Dated this 31st day of August, 2020. |
| CLARK HILL, PLLC | BRAD R. JERBIC, City Attorney |
| /s/ Mark Dzarnoski, Esq.<br>DOMINIC P. GENTILE<br>Nevada Bar No. 1923<br>ROSS MILLER<br>Nevada Bar No. 8190<br>JOHN A. HUNT<br>Nevada Bar No. 1888<br>MARK DZARNOSKI<br>Nevada Bar No. 3398<br>3800 Howard Hughes Pkwy., #500<br>Las Vegas, Nevada 89169<br>*Attorneys for Plaintiffs* | /s/ Philip R. Byrnes, Esq.<br>PHILIP R. BYRNES<br>Senior Litigation Counsel<br>Nevada Bar No. 166<br>495 South Main Street, Sixth Floor<br>Las Vegs, Nevada 89101<br>*Attorney for Defendant* |

**[PROPOSED] ORDER**

IT IS SO ORDERED:  The above-referenced matter is hereby dismissed, without prejudice, with each party to bear their respective costs and attorney's fees.

**IT IS SO ORDERED.**

Dated this __31__ day of August, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT